# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 596
:
ORDER ADOPTING RULES 5101 – 5105: JUDICIAL ADMINISTRATION DOCKET
OF THE PENNSYLVANIA RULES OF :
JUDICIAL ADMINISTRATION :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2023, the proposal having been published for public comment at 49 Pa.B. 1645 (April 6, 2019), it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

(a)      Pennsylvania Rules of Judicial Administration 5101 – 5105 are adopted in the attached form.

(b)      Local rules of judicial administration deemed necessary to comply with Pa.R.J.A. 5101 – 5105 shall be promulgated pursuant to Pa.R.J.A. 103(c) to be effective no later than April 1, 2024.

(c)      Existing local rules of judicial administration governing the custody of exhibits shall be reviewed by the President Judge or his or her designee for compliance with Pa.R.J.A. 5101 – 5105. An amendment to an existing local rule of judicial administration governing custody of exhibits deemed necessary shall be promulgated pursuant to Pa.R.J.A. 103(c) to be effective no later than April 1, 2024.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2024.